WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sammye A. Richardson,<br>               Plaintiff,<br>v.<br>Caswell Bell and Hillison, *et al.,*<br>               Defendants. | CV 05-485  TUC DCB<br><br>**ORDER** |

     A review of Plaintiff's complaint fails to reveal any basis for this Court's jurisdiction. Plaintiff's claim is not based on any federal statute, nor does it raise any federal question. *See*, 28 U.S.C. § 1331. Furthermore, while Plaintiff's complaint does seek damages in excess of $100,000.00, which would satisfy the amount in controversy requirements of 28 U.S.C. § 1332(b), there is not complete diversity of citizenship upon which to base jurisdiction. *See,* 28 U.S.C. § 1332(a). Plaintiff is an Arizona resident, as is at least one of the named Defendants, thereby rendering diversity incomplete. *See, Wisconsin Department of Corrections v. Schacht*, 524 U.S. 381, 388 (1998) ("A case falls within the federal district court's 'original' diversity 'jurisdiction' only if diversity is complete, *i.e.*, only if there is no plaintiff and no defendant who are citizens of the same state").  In short, Plaintiff's complaint fails to set forth a basis for this Court's subject matter jurisdiction.

     **Accordingly,**

     **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. Plaintiff **shall** have **thirty (30) days** from the filing date of this Order to file an amended complaint, clearly and concisely stating the claims for relief, and properly establishing

1 this Court's subject matter jurisdiction. *See*, Rule 8(a), Fed.R.Civ.P.  The amended
2 complaint must be retyped or rewritten in its entirety on a Court-approved form and may
3 not incorporate any part of the original complaint by reference.  Any amended complaint
4 submitted by Plaintiff should be clearly designated as an amended complaint on the face
5 of the document. Plaintiff should take notice that if she fails to timely file an amended
6 complaint, the complaint and this action **will be dismissed with prejudice**, without
7 further notice to Plaintiff. Rule 41(b), Fed.R.Civ.P.

8      Additionally, Plaintiff is reminded that as a non-attorney, she is prohibited from
9 representing the interests of any party or entity other than herself. *See, Johns v. County of*
10 *San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). Therefore, to the extent Plaintiff seeks to
11 represent the interests of Rock of Gibraltor, or anyone else, she may not do so.

12      DATED this 25th day of October, 2005.

David C. Bury
United States District Judge