WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sammye A. Richardson,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Caswell Bell and Hillison, *et al.,*<br><br>　　　　　　Defendants. | CV 05-485  TUC DCB<br><br>**ORDER** |

On October 28, 2005, this Court entered an Order dismissing this action without prejudice. At that time, the Court was in receipt of all documents filed by Plaintiff up to and including that date. Having considered all of those documents, as well as the pleading filed November 2, 2005 entitled "Response to and for Reconsideration of that October 28, 2005 Order", the Court finds no legal or factual basis for granting the motion for reconsideration. Fed.R.Civ.P. 60.

Accordingly,

IT IS ORDERED that the Motion for Reconsideration (Doc. No. 40) is DENIED.

DATED this 8th day of November, 2005.

David C. Bury
United States District Judge