1   WO

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF ARIZONA**

8   Sammye A. Richardson,                    )
                                             )    CV-05-485-TUC-DCB
9                          Plaintiff,        )
    v.                                       )
10                                           )         **ORDER**
    Caswell Bell and Hillison, *et al.,*     )
11                                           )
                                             )
12                         Defendants.       )
    _____)

13

14          On August 3, 2005, Plaintiff filed this action in federal court.  Her Motion for Leave

15   to Proceed In Forma Pauperis was granted by the Court on August 17, 2005.  On October 28,

16   2005, this Court entered an Order that stated the following:

17          Plaintiff's complaint is **DISMISSED** without prejudice. Plaintiff **shall** have
            **thirty (30) days** from the filing date of this Order to file an amended
18          complaint, clearly and concisely stating the claims for relief, and properly
            establishing this Court's subject matter jurisdiction. *See*, Rule 8(a),
19          Fed.R.Civ.P.  The amended complaint must be retyped or rewritten in its
            entirety on a Court-approved form and may not incorporate any part of the
20          original complaint by reference.  Any amended complaint submitted by
            Plaintiff should be clearly designated as an amended complaint on the face of
21          the document. Plaintiff should take notice that if she fails to timely file an
            amended complaint, the complaint and this action **will be dismissed with**
22          **prejudice**, without further notice to Plaintiff. Rule 41(b), Fed.R.Civ.P.

23          Since that Order was entered by the Court, Plaintiff filed a Motion for

24   Reconsideration that was virtually incomprehensible and certainly did not, in and of itself,

25   resolve the problem specifically addressed by the Court's Order dated October 28, 2005.

26   That being the case, the Motion for Reconsideration was denied on November 9, 2005.

27          Since that date, Plaintiff has filed numerous motions, but none of them are coherent

28   and none of them even attempt to specifically resolve the jurisdiction problem that resulted

1  in the original dismissal of the action.  The motions filed are considered by this Court to be

2  needlessly abrasive and threatening[1].  None of them legitimately attempt to comply with the

3  Court's Order of October 28, 2005.  Plaintiff is not an inexperienced litigant and was clearly

4  offered the opportunity to amend pursuant to Ferdik v. Bonzelet, 963 F.2d 1258, 1261 (9th

5  Cir. 1992).[2]

6  **Accordingly,**

7  **IT IS ORDERED** that this action is dismissed with prejudice pursuant to Fed. R.

8  Civ.P. 41(b).

9  DATED this 13th day of December, 2005.

David C. Bury
United States District Judge

---

20  [1]"Sanction Against Tanis Duncan in Cash and by Expunging from Record Duncan's Flawed Motion for Dismissal of 05-485 and Attached Exhibit as an Attempt to Sneak Nonexistent Facts in Complete Disregard of the Underlying Procedural; Administrative Facts, Fact Findings and Legal Grounds through the Continual Use and Abuse of a State Court Default Judgment Despite Facts not in Evidence and After Repeated Failure to Remove such Judgment Despite Superior Information that State Court Non Served said Judgment was Declared Moot by Duncan Herself" (Doc. No. 44); "Offer of Proof From Court Why Trial by Jury Has Not Been Made Part of Court Record Pursuant to Rights under U.S. Constitution Seventh Amendment" (Doc. No. 45); and, "Open Letter to Chief Judge Arizona District Court to Report Violation by Judge Bury's Courtroom Deputy Ken? and Other Administrative Matters"(Doc. No. 54).

27  [2]CV-02-495-TUC-WDB, CV-03-549-TUC-FRZ, CV-04-334-TUC-FRZ, CV-04-542-TUC-CKJ, CV-99-017-TUC-JMR.

28

2